# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MATTHEW GUILLEN, | Case No. 1:23-cv-01722-SAB (PC) |
| Plaintiff, | ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT |
| v. | |
| TYLER SCHLEICHER, et al., | (ECF No. 12) |
| Defendants. | THIRTY-DAY DEADLINE |

Gabriel Matthew Guillen ("Plaintiff"), a state prisoner, is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 6, 2024, a screening order was filed finding that Plaintiff failed to state a claim and granting him leave to file an amended complaint within thirty days.  (ECF No. 9.)  On June 18, 2024, the Court granted Plaintiff a thirty-day extension of time to file an amended complaint.  (ECF No 11.)  On July 18, 2024, Plaintiff filed a second motion to extend time by several months to file an amended complaint because he is still housed in Tulare County and his paperwork is at the RJD State Prison.  (ECF No. 12.)

The Court shall grant in part Plaintiff's second request for an extension of time.  While Plaintiff is currently housed without his paperwork, the Court notes that the screening order found that Plaintiff's claims were barred by the statute of limitations, and he was provided with the legal standards that apply to his claims.  (ECF No. 9.)  The Court shall provide Plaintiff with

1

a copy of the screening order and his complaint which should be sufficient for him to file an amended complaint to cure the deficiencies identified in the screening order.  Therefore, the Court shall grant one final extension of time to allow Plaintiff to amend his complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send Plaintiff:
   a. A copy of his complaint, filed December 15, 2023 (ECF No. 1);
   b. A copy of the screening order, filed June 6, 2024 (ECF No. 9); and
   c. A civil rights complaint form;
2. Plaintiff's motion for an extension of time is GRANTED IN PART;
3. Plaintiff is granted **one final extension of time** to file an amended complaint;
4. Plaintiff shall file an amended complaint within **thirty (30) days** of the date of service of this order;
5. The first amended complaint, including attachments, shall not exceed **twenty-five (25) pages** in length; and
6. If Plaintiff fails to file an amended complaint in compliance with this order, the Court will recommend to a district judge that this action be dismissed consistent with the reasons stated in the June 5, 2024 screening order.

IT IS SO ORDERED.

Dated:   **July 19, 2024**

UNITED STATES MAGISTRATE JUDGE

2