# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MATTHEW GUILLEN,<br><br>Plaintiff,<br><br>v.<br><br>TYLER SCHLEICHER, et al.,<br><br>Defendants. | Case No. 1:23-cv-01722-KES-SAB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(ECF No. 23)<br><br>**FOURTEEN DAY DEADLINE** |

On December 15, 2023, Gabriel Matthew Guillen ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed a complaint in this action against Defendants Bakersfield Police Officers Tyler Schliecher, Edgar Galdamez, and Jaime Orozco pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Following multiple screening orders, Plaintiff filed a second amended complaint against on November 15, 2024. (ECF No. 9.) On December 9, 2024, the Court issued an order authorizing service of Plaintiff's second amended complaint, and requiring Plaintiff to fill out and return the USM-285 form and summonses for Defendants Tyler Schliecher, Edgar Galdamez, and Jaime Orozco within thirty days. (ECF No. 23.) More than thirty days have passed, and Plaintiff has not complied with or otherwise responded to the December 9, 2024 order.

/ / /

/ / /

/ / /

Accordingly, it is HEREBY ORDERED that within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause why the instant action should not be dismissed for failure to comply with a court order.  **Plaintiff is advised that failure to show cause in response to this order will result in the recommendation this action being dismissed for failure to comply with a court order and failure to prosecute**.

IT IS SO ORDERED.

Dated:   **January 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge